UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:21-CR-17-DJH

JIBREEL RAY     DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
*Electronically Filed*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE DIRECTOR OF THE LOUISVILLE METRO DEPARTMENT OF CORRECTIONS, GREETINGS:

We command that you have the body of Jibreel Ray, now detained in the Louisville Metro Department of Corrections, Louisville, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 27th of April, 2021, at Louisville, Kentucky, by 1:30 p.m., for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Louisville Metro Department of Corrections, Louisville, Kentucky under safe and secure conduct, and have you then and there this writ.

April 6, 2021

David J. Hale, Judge
United States District Court