UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:21-CR-17-DJH

JIBREEL RAY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

This case came before the Court, by video, on April 28, 2021, for the purposes of initial appearance and arraignment. The defendant, Jibreel Ray, was present, in custody. Assistant United States Attorney Erin G. McKenzie on behalf of Alicia P. Gomez was present for the United States of America. The proceedings were digitally recorded.

The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant eligible for appointed counsel. Aaron M. Dyke, Assistant Federal Defender, was present and accepted the appointment.

As to the matter of arraignment, Defendant, by counsel, acknowledged his identity. He further acknowledged having been furnished a copy of the Indictment and advised of the nature of the charge contained therein.

The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

Counsel, on behalf of Defendant, waived formal reading of the Indictment and entered a plea of **NOT GUILTY** to the charges contained therein. Accordingly, it is hereby

**ORDERED** as follows:

2

(1)     This matter is scheduled for a telephonic status conference on **May 7, 2021 at 1:30 p.m.** before the Honorable David J. Hale, United States District Judge.  Counsel shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187

(2)     As to the matter of detention, Defendant, through counsel, having waived his right to a detention hearing at this time, but reserved the right to request a detention hearing at a later date, it is further

**ORDERED** that the defendant shall remain in custody pending further order of the Court.

Date: April 28, 2021

ENTERED BY ORDER OF THE COURT:
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK
BY: /s/ *Ashley Henry*, Deputy Clerk

Copies to:     Counsel of record
               Natalie Thompson, Case Manager

0|15