## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### (Filed Electronically)

**CRIMINAL ACTION No. 3:21CR-17-DJH**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

**vs.**

**JIBREEL RAY,**                                                                       **DEFENDANT.**

### NOTICE OF SUBSTITUTION OF COUNSEL

Comes the Office of the Federal Defender for the Western District of Kentucky, assigned counsel herein, and gives notice to the Court that Assistant Federal Defender Donald J. Meier has been substituted as counsel of record for defendant in the above-styled action.

Assistant Federal Defender Aaron Dyke should be removed from PACER as counsel of record, and the Clerk is hereby requested to terminate any further electronic notices to said attorney regarding this action.

                                           /s/ Donald J. Meier
                                           Assistant Federal Defender
                                           629 Fourth Street
                                           Suite 200
                                           Louisville, Kentucky 40202
                                           (502) 584-0525

                                           Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

I hereby certify that on May 5, 2021 , the foregoing notice was sent by electronic transmission through the Court's ECF system to the United States. I also certify that on May 5, 2021, a copy of this motion was served on the defendant by mailing same to Mr. Ray.

s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2