**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:21CR-17-DJH**
**UNITED STATES OF AMERICA,**                                       **PLAINTIFF,**

vs.

**JIBREEL RAY,**                                           **DEFENDANT.**

## MOTION TO WITHDRAW

Comes the Federal Defender, appointed counsel for defendant, Jibreel Ray, and moves the Court for leave to withdraw as counsel of record herein and to appoint Mr. Ray counsel under the Criminal Justice Act. As grounds for said motion, the undersigned states he recently obtained information which establishes a conflict of interest between defendant and a recent client of the Federal Defender, thus ethically requiring the Federal Defender to withdraw from Mr. Ray's case.

/s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

## **CERTIFICATE**

 I hereby certify that on May 6, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Alicia Gomez, Assistant United States Attorney. I also certify that on May 6, 2021, a copy of this motion was served on the defendant by mailing same to Mr. Ray.

            /s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808