**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:21CR-17-DJH**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

vs.

**JIBREEL RAY,**                                                                                         **DEFENDANT.**

### ORDER

The Federal Defender having moved the Court for leave to withdraw as appointed counsel for the defendant Jibreel Ray, and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Federal Defender be, and it hereby is, granted leave to withdraw as counsel for the defendant Jibreel Ray, and is hereby relieved of all further responsibility herein;

**IT IS FURTHER ORDERED AND ADJUDGED** that Philip M. Longmeyer from the Criminal Justice Act Attorney panel is appointed to represent Defendant Jibreel Ray.

Office of the Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808