# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                                         **CRIMINAL NO. 3:21CR-00017-DJH**
                                               *Electronically Filed*

**JIBREEL RAY**                                                      **DEFENDANT**

## MOTION FOR FINAL DECREE
## AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture.   A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY


s/Amy M. Sullivan
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Amy M. Sullivan
Amy M. Sullivan
Assistant United States Attorney